WILLIAM H. AND SHARON A. HORTON, PETITIONERS *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 24556-82.

On March 26, 1986, by order of Judge Meade Whitaker the opinion filed in this case on March 20, 1986, was withdrawn. Revised opinion filed April 3, 1986, appears at 86 T.C. 589.